PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Transferring Court)* | 3:24-mj-04343-PCT-CDB |
| DOCKET NUMBER *(Receiving Court)* | 2:25-cr-00235-CDS-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Colby Antes | District of Arizona | 2: |

| NAME OF SENTENCING JUDGE |
|---|
| Camille D. Bibles |
| U.S. Magistrate District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/14/2025 | TO 02/13/2028 |
|---|---|---|

**OFFENSE**

36 C.F.R. 2.35(c) – Under the Influence of alcohol in a Park, as charged in Citation E1931524;
36 C.F.R. 2.34(a)(1) Disorderly Conduct, as charged Citation E1931525.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Resident of Nevada

## PART 1- ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Kevin Colby Antes, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____   **Camille D. Bibles**
Date                                            Digitally signed by Camille D. Bibles
                                                Date: 2025.07.18 15:36:19 -07'00'
                                                U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 25, 2025                            _____
Effective Date                              United States District Judge